McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGID BAILEY, individually, as the Personal Administrator for the ESTATE OF JOSEPH PAUL BAILEY, Deceased, and as the Guardian Ad Litem for SAMUEL P. BAILEY and PAUL F. BAILEY, and MEGHAN BAILEY,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 2:07-cv-02154 MCE DAD<br><br>**STIPULATION RE DEADLINE FOR UNITED STATES TO RESPOND TO COMPLAINT; ORDER** |

Plaintiffs Brigid Bailey, Estate of Joseph Paul Bailey, Samuel P. Bailey and Paul F. Bailey and Meghan Bailey (collectively, "Plaintiffs"), and defendant United States of America, hereby stipulate and agree as follows:

**<u>Recitals</u>**

1.   On May 18, 2007, Plaintiffs filed their Complaint for Damages ("Complaint") in the United States District Court for the Northern District of California, Case No. C07-2655.

2.   Plaintiffs served a copy of the Summons and Complaint on the Office of the United States Attorney for the Northern District of California via personal service on or about July 16, 2007. Plaintiffs served a copy of the Summons and Complaint on the Attorney General of the United States on or about July 17, 2007.

1

3. On September 14, 2007, the United States filed a motion to transfer venue of this case to the United States District Court for the Eastern District of California.

4. On September 28, 2007, the parties filed a stipulation to transfer venue of this case to the Eastern District of California. An order approving the parties' stipulation to transfer venue was entered in the United States District Court for the Northern District of California on October 9, 2007.

5. The case was transferred to the docket of the United States District Court for the Eastern District of California, as Case No. 2:07-cv-02154 MCE DAD, on October 11, 2007.

6. The case file was transferred to the Office of the United States Attorney for the Eastern District of California and was assigned to the undersigned Assistant United States Attorney on October 17, 2007.

**Stipulation**

WHEREFORE, the parties hereby stipulate and agree that United States shall respond to the Complaint on or before December 14, 2007.

DATED: October 19, 2007                McGREGOR W. SCOTT
                                       United States Attorney

                                       By: /s/ *Lynn Trinka Ernce*
                                       LYNN TRINKA ERNCE
                                       Assistant United States Attorney

DATED: _____                  RUEB, MOTT & MANOUKIAN
                                       A PROFESSIONAL LAW CORPORATION

                                       By: _____
                                       GREGORY D. RUEB
                                       Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: October 24, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2