McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:   (916) 554-2720
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGID BAILEY, individually, as the Personal Administrator for the ESTATE OF JOSEPH PAUL BAILEY, Deceased, and as the Guardian Ad Litem for SAMUEL P. BAILEY and PAUL F. BAILEY, and MEGHAN BAILEY,<br><br>          Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 2:07-cv-02154 MCE DAD<br><br>**STIPULATION REQUESTING MODIFICATION OF THE COURT'S PRETRIAL (STATUS) SCHEDULING ORDER FOR GOOD CAUSE; ORDER** |

Plaintiffs Brigid Bailey, Estate of Joseph Paul Bailey, Samuel P. Bailey and Paul F. Bailey and Meghan Bailey (collectively, "Plaintiffs"), and defendant United States of America, hereby stipulate and agree as follows:

<u>**Recitals**</u>

1.      On May 16, 2008, the Court entered its Pretrial (Status) Scheduling Order ("Scheduling Order") which, among other deadlines, set the non-expert discovery cutoff date in this case for January 5, 2009.

2.      As required by the Scheduling Order, the parties exchanged initial disclosures on or about June 13, 2008.  Since that time, they have been engaging in written discovery and other discovery and investigations, which remain ongoing.

1

3.      Most recently, plaintiffs served written discovery on the United States, and the responses to that discovery originally were due on September 29, 2008.

4.      On September 18, 2008, the United States requested, and the plaintiffs agreed to, an extension of time for the United States to respond to and including October 20, 2008.  The bases for the United States' extension request were twofold.  First, a new attorney at the Army Corps of Engineers was assigned to this matter on the afternoon of September 17, 2008, and the United States needs time for agency counsel to get up to speed and fully involved in this matter for purposes of responding to the discovery and otherwise.  Second, because it is the end of the federal government's fiscal year, it is proving to be difficult to get employee resources at the agency focused on responding to the discovery with everything else that they are required to do to close out the fiscal year.

5.      In addition to written discovery, the parties anticipate that they will need to take a large number of depositions in this case including, but not limited to, depositions of the four plaintiffs, employees of the Army Corps of Engineers, and law enforcement and civilian witnesses to the incident underlying the claims in this lawsuit.  The parties are continuing to attempt to physically locate certain witnesses who will need to be deposed.

6.      Counsel for the parties have very busy schedules during the next few months, and believe that it will be difficult for them to be able to schedule the many depositions that need to occur in this case at times that will work for all parties.

7.      Among other things, counsel for the United States has eighteen depositions scheduled during the month of October and the first week of November, so the bulk of her time during October and early November will be spent preparing for, taking and/or defending the eighteen depositions in other matters.  Additionally, she has a trial before Judge Damrell in *Vines v. United States* that is set to begin on February 10, 2009 and is estimated to take four days.

8.      Counsel for plaintiff has a three to four week disputed liability/multiple wrongful death trial in the matter of *Grimes v. Combined Transport, Inc.* scheduled to begin on December 2, 2008 in Reno, NV, a 5 to 8 day serious personal injury trial in the matter of *Bernier v. Laidlaw, Inc.* scheduled to begin on December 15, 2008 in Contra Costa County and a 5 to 8 day

serious personal injury trial in the matter of *Tharp v. Amber Art, Inc.* scheduled to begin on February 9, 2009 in Contra Costa County. All three matters involve extensive expert discovery and trial preparations.

9.      Additionally, the United States is considering filing a dispositive motion on some of its defenses and the parties believe that, if a motion is filed, discovery should be put on hold during the pendency of the motion to avoid incurring potentially unnecessary expenses.  The United States anticipates that any motion it files will be filed no later than October 31, 2008.

10.      For all of the foregoing reasons, the parties believe that good cause exists for the Court to modify its Scheduling Order to extend the current non-expert discovery cutoff date of January 5, 2009, as well as all other scheduled dates in this matter.  The parties have agreed to request that the Court modify the Scheduling Order as set forth below.

## Stipulation

WHEREFORE, the parties hereby stipulate and agree that they will respectfully request that the Court modify the Scheduling Order as follows:

|  | Old Date | Proposed New Date |
|---|---|---|
| Discovery cut-off (non-expert): | January 5, 2009 | May 11, 2009 |
| Expert disclosures: | March 5, 2009 | July 13, 2009 |
| Disclosure of rebuttal experts: | March 25, 2009 | July 27, 2009 |
| Dispositive Motions heard by | May 6, 2009 | September 18, 2009 |
| Final Joint Pretrial Conference Statement | September 4, 2009 | January 2010 |
| Pretrial Conference | September 25, 2009 | January 2010 |
| Trial Exhibits to Courtroom Clerk | November 2, 2009 | March 2010 |
| Trial (7 days) | November 9, 2009 | March 2010 |

[Signatures on Next Page]

3

DATED:  October 1, 2008                    McGREGOR W. SCOTT
                                           United States Attorney


                                    By:  _/s/ Lynn Trinka Ernce_____
                                           LYNN TRINKA ERNCE
                                           Assistant United States Attorney


DATED:  October 1, 2008                    RUEB, MOTT & MANOUKIAN
                                           A PROFESSIONAL LAW CORPORATION


                                    By:  __/s/ Gregory D. Rueb_____
                                           GREGORY D. RUEB
                                           Attorneys for Plaintiffs



**IT IS SO ORDERED.**

    Discovery cut-off (non-expert):              May 22, 2009

    Expert disclosures:                          July 22, 2009

    Dispositive Motions to be Heard no later than:   September 22, 2009

    Final Joint Pretrial Conference Statement:   January 15, 2010

    Final Pretrial Conference:                   February 5, 2010

    Trial (7 days):                              March 22, 2010


DATED: October 6, 2008

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE